**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

UNITED STATES OF AMERICA

                        Plaintiff,                  Case No. 06-12104

      v.

HIVENNA GILL CROCKETT

                        Defendant.

**ORDER GRANTING PLAINTIFF'S APPLICATION FOR ORDER**
**<u>RENEWING JUDGMENT LIEN [25]</u>**

Before the Court is Plaintiff United States of America's application for an order renewing judgment lien pursuant to 28 U.S.C. § 3201(c). (ECF No. 25.) The Federal Debt Collection Procedures Act provides that a judgment lien in a civil case is "effective, unless satisfied, for a period of 20 years." 28 U.S.C. § 3201(c)(1). However, that lien "may be renewed for one additional period of 20 years upon filing a notice of renewal in the same manner as the judgment is filed and shall relate back to the date the judgment is filed if [ ] the notice of renewal is filed before the expiration of the 20-year period to prevent the expiration of the lien; and [ ] the court approves the renewal of such lien . . . ." *Id.* § 3201(c)(2).

Here, on June 20, 2006, the Clerk of Court entered default judgment in favor of Plaintiff against Defendant in the amount of $500.00 for Claim I, $100.00 for

Claim II, and $2,016.38 for Claim III, plus pre-judgment and post-judgment interest. (ECF No. 6.) Plaintiff recorded the judicial lien on July 17, 2006 in the Wayne County Register of Deeds. (ECF No. 25, PageID.105; ECF No. 25-1, PageID.110.) Pursuant to 28 U.S.C. § 3201, Plaintiff's judgment lien will expire on July 17, 2026, which is twenty years after the judgment was recorded. As set forth in Plaintiff's counsel's declaration, Declaration of Thomas L. Sooy, the full amount of the judgment has not been paid by Defendant judgment debtor. (ECF No. 25-1, PageID.107.)

The Court having considered the Application of Plaintiff the United States of America for an Order Renewing Judgment Lien along with the Declaration of Thomas L. Sooy in support of the Application, and good cause shown, hereby GRANTS the Application. (ECF No. 25.)

The Court ORDERS that the judgment lien recorded on July 17, 2006 in Wayne County Register of Deeds with Liber No. 45019, Page No. 67 and Document No. 206365878 arising from the judgment entered on June 20, 2006 against the above judgment debtor Hivenna Gill Crockett, shall be extended for an additional twenty (20) year period pursuant to 28 U.S.C § 3201(c).

IT IS SO ORDERED.

Dated: April 1, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2026.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager